**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6418**

DANIEL TAYLOR,

    Plaintiff - Appellant,

    v.

CARL MANIS, Warden of Wallens Ridge State Prison; HAROLD W. CLARKE, Director of the Virginia Department of Corrections; CORRECTIONAL OFFICER CHURCH, Floor Officer at Wallens Ridge State Prison; CORRECTIONAL OFFICER HYLTON, Floor Officer at Wallens Ridge State Prison; CORRECTIONAL OFFICER WILLIAMS, Floor Officer at Wallens Ridge State Prison; CORRECTIONAL OFFICER  CARBER, Floor Officer; CORRECTIONAL OFFICER STACY, Floor Officer at Wallens Ridge State Prison; OSBORNE, Counselor for the VDOC assigned at Wallens Ridge State Prison,

    Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:20-cv-00121-EKD-JCH)

Submitted:  August 31, 2022                                    Decided:  September 28, 2022

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel Taylor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Taylor v. Manis*, No. 7:20-cv-00121-EKD-JCH (W.D. Va. Feb. 11, 2021). We grant Taylor's motion to supplement his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*